UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

MISAEL ORTEGA CASANOVA,

CASE NO.: 8:25-CV-952

Plaintiff,

vs.

CANO HEALTH, LLC,

Defendant.

_____/

### PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, Misael Ortega Casanova, pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court and all parties that Brian H. Pollock, Esq., of FairLaw Firm is designated as Plaintiff's lead counsel.

Respectfully submitted this 16th day of April 2025,

Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*