UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

MISAEL ORTEGA CASANOVA,

CASE NO.: 8:25-CV-952

    Plaintiff,

vs.

CANO HEALTH, LLC,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq. of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Misael Ortega Casanova, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 16th day of April 2025.

                                  s/ Patrick Brooks LaRou
                                  Patrick Brooks LaRou, Esq.
                                  Florida Bar No. 1039018
                                  brooks@fairlawattorney.com
                                  FAIRLAW FIRM
                                  135 San Lorenzo Avenue, Suite 770
                                  Coral Gables, Florida 33146
                                  Telephone: (305) 230-4884
                                  *Counsel for Plaintiff*