UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:25-CV-952-KIMBALL MIZELLE/GRIFFIN

MISAEL ORTEGA CASANOVA,

    Plaintiff,

vs.

CANO HEALTH, LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, CANO HEALTH, LLC

Plaintiff, Misael Ortega Casanova files the Return of Service on Defendant, Cano Health LLC (served on April 18, 2025 ).

Dated this 21st day of April 2025.

                                            s/Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq.
                                            Fla. Bar No. 174742
                                            brian@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:   305.230.4884
                                            *Counsel for Plaintiff*