## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:25-CV-00952-KKM-LSG

Plaintiff:
**MISAEL ORTEGA CASANOVA**

vs.

Defendant:
**CANO HEALTH, LLC**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 17th day of April, 2025 at 12:25 pm to be served on **Cano Health, LLC c/o C T CORPORATION SYSTEM, its Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324**.

I, Joseph Onega, do hereby affirm that on the **18th day of April, 2025** at **8:35 am, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Donn Moch, senior corporate operations manager** as **Authorized Employee Of Registered Agent** for **Cano Health, LLC**, at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with Florida statute 48.062

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 140, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2025000653