UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:25-CV-952-KIMBALL MIZELLE/GRIFFIN

MISAEL ORTEGA CASANOVA,

     Plaintiff,

vs.

CANO HEALTH, LLC,

     Defendant.

_____/

## JOINT MOTION FOR CASE MANAGEMENT CONFERENCE

Plaintiff, Misael Ortega Casanova, and Defendant, Cano Health, LLC, by and through their respective undersigned counsel, hereby request the Court to conduct a Case Management Conference before U.S. Magistrate Judge Lindsay S. Griffin, pursuant to the Court's Order Referring Case to U.S. Magistrate Judge for Consideration of the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program [D.E. 6].

Respectfully submitted this 16th day of May 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou__ | s/ Megan L. Janes__ |
| Brian H. Pollock, Esq. (174742) | Megan L. Janes, Esq. (99009) |
| brian@fairlawattorney.com | mjanes@fisherphillips.com |
| Patrick Brooks LaRou, Esq. (1039018) | FISHER & PHILLIPS LLP |
| brooks@fairlawattorney.com | 201 E. Las Olas Boulevard, Suite 1700 |
| FAIRLAW FIRM | Fort Lauderdale, Florida 33301 |
| 135 San Lorenzo Avenue, Suite 770 | Telephone: (954) 525-4800 |
| Coral Gables, Florida 33146 | *Counsel for Defendant* |
| Tel:  305.230.4884 | |
| *Counsel for Plaintiff* | |