UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

MISAEL ORTEGA CASANOVA,

      CASE NO.: 8:25-CV-00952-KKM-LSG

   Plaintiff,

v.

CANO HEALTH, LLC,

   Defendant.
_____/

## NOTICE OF DISSOCIATION OF PATRICK BROOKS LAROU, ESQ. AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq., notifies the Court and all parties that he is no longer affiliated with FairLaw Firm, no longer of record for Plaintiff, Misael Ortega Casanova, and no longer has an interest in the outcome of this action.

    Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

    Dated this 19th day of May 2025.

                                            s/ Patrick Brooks LaRou
                                            Patrick Brooks LaRou, Esq. (1039018)
                                            brooks@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue, Suite 770
                                            Coral Gables, Florida 33146
                                            Telephone: (305) 230-4884

*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*