UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:25-cv-00952-KKM-LSG

MISAEL ORTEGA CASANOVA,

 Plaintiff,

v.

CANO HEALTH, LLC,

 Defendant.
_____/

**DEFENDANT'S DISCLOSURE STATEMENT
UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

  ☐ No.

  ☒ Yes, and

    ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares:

    ☐ The filer has no parent corporation.

    ☒ No publicly held corporation owns 10% or more of the filer's or any parent entity's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☒ No.

    ☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

    a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        ☐ No.

        ☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

    b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

        ☐ No.

        ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

    c. Is the filer an insurer?

        ☐ No.

        ☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d. Is the filer a legal representative?

        ☐ No.

      ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

  e.  Has the filer identified any corporation?

      ☐    No.

      ☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

  f.  Has the filer identified any natural person?

      ☐    No.

      ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.  Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

    ☐    No.

    ☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

        a. Plaintiff Misael Ortega Casanova
        b. Defendant Cano Health LLC
        c. Counsel for Plaintiff, Brian H. Pollock and FairLaw Firm
        d. Counsel for Defendant, Megan L. Janes and Fisher & Phillips LLP

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

   ☒ No.

   ☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

   ☒ No.

   ☐ Yes, and the debtor is [].

   ☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

   ☒ No.

   ☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

   ☒ No.

   ☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒ Yes.

Date: May 21, 2025                                Respectfully submitted,

By:   */s/ Megan L. Janes*
      Megan L. Janes
      Fla. Bar No. 99009
      mjanes@fisherphillips.com
      FISHER & PHILLIPS LLP
      201 East Las Olas Boulevard
      Suite 1700
      Fort Lauderdale, FL 33301
      Telephone (954) 525-4800
      *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **May 21, 2025**, I electronically filed the foregoing **DEFENDANT'S DISCLOSURE STATEMENT** document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or via U.S. Mail.

      */s/ Megan L. Janes*
      Megan L. Janes
      Fla. Bar No. 99009
      mjanes@fisherphillips.com
      FISHER & PHILLIPS LLP
      201 East Las Olas Boulevard
      Suite 1700
      Fort Lauderdale, FL 33301
      Telephone (954) 525-4800
      *Counsel for Defendant*

## SERVICE LIST

**United States District Court – Middle District of Florida**
**Misael Ortega Casanova v. Cano Health, LLC**
**Case No.:  8:25-cv-00952**

| | |
|---|---|
| Brian H. Pollock<br>brian@fairlawattorney.com<br>FAIRLAW FIRM<br>125 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, FL 33146<br>Telephone (305) 230-4884<br><br>*Attorney for Plaintiff* | Megan L. Janes<br>mjanes@fisherphillips.com<br>FISHER & PHILLIPS, LLP<br>201 East Las Olas Boulevard<br>Suite 1700<br>Fort Lauderdale, Florida 33301<br>Telephone (954) 525-4800<br><br>*Counsel for Defendant* |