UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

MISAEL ORTEGA CASANOVA,

                                         CASE NO.: 8:25-CV-00952-KKM-LSG

    Plaintiff,

v.

CANO HEALTH, LLC,

    Defendant.

_____/

## MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL
## BY PATRICK BROOKS LAROU, ESQ.

Patrick Brooks LaRou, Esq., pursuant to Local Rules 2.02(c) and 3.01(g), respectfully requests that the Court grant him permission to withdraw as counsel for Plaintiff, Misael Ortega Casanova, based on the following:

1.     Patrick Brooks LaRou, Esq., previously filed a "Notice of Dissociation of Patrick Brooks LaRou, Esq., as Counsel for Plaintiff" [DE 12].

2.     In that notice, Patrick Brooks LaRou, Esq., informed the Court and all parties that he is no longer affiliated with FairLaw Firm, is no longer of record for Plaintiff, Misael Ortega Casanova, and no longer has an interest in the outcome of this action.

1

3.    The Court subsequently issued an Endorsed Order [DE 13] on May 21, 2025, striking the aforementioned "Notice of Dissociation," and stated that a lawyer cannot withdraw as counsel of record without leave of Court, pursuant to Local Rule 2.02(c).

4.    The Court further directed Attorney LaRou to file a motion to withdraw as counsel of record that complies with Local Rules 2.02(c) and 3.01(g) no later than May 31, 2025. *Id.*

5.    Patrick Brooks LaRou, Esq., therefore requests that the Court enter an Order permitting him to withdraw as counsel for Plaintiff, Misael Ortega Casanova, and that the undersigned be relieved of any further responsibility in connection with this action.

6.    Defense counsel does not oppose (and agrees to) the request to withdraw as counsel.

7.    Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

WHEREFORE, Patrick Brooks LaRou, Esq., requests this Court to enter an Order granting his request to withdraw as counsel for Plaintiff and relieving him of all further responsibilities in this matter based on the good cause shown above.

Respectfully submitted this 29th day of May 2025.

Patrick Brooks LaRou, Esq.

135 San Lorenzo Avenue, Suite 770, Miami, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

                                        Patrick Brooks LaRou, Esq. (1039018)
                                        brooks@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Ave, Suite 770
                                        Coral Gables, FL 33146
                                        Tel:   305.230.4884
                                        *Counsel for Plaintiff*