UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

| | |
|---|---|
| CASE NO. 8:25-cv-952-KKM-LSG | DATE June 3, 2025 |
| TITLE: ORTEGA CASANOVA v. CANO HEALTH, LLC | |
| TIME 1:45 – 1:53 | TOTAL 8 min. |
| Honorable LINDSAY S. GRIFFIN | Deputy Clerk Amanda Craig |
| Court Reporter/Tape Digital | Courtroom ZOOM |
| Attorney for Plaintiff | Attorney for Defendant: |
| Brian Pollock | Megan Janes |

**PROCEEDINGS:**
  **IDEAL CASE MANAGEMENT CONFERENCE**

The Court calls the case and counsel state their appearances for the record.

The Court discusses the IDEAL pilot program with counsel.

Plaintiff makes an oral motion for an extension of time to file the IDEAL Consent or Case Management Report.

The Court grants the oral motion.

Court adjourned.