UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 8:25-CV-952-KIMBALL MIZELLE/GRIFFIN

MISAEL ORTEGA CASANOVA,

    Plaintiff,

vs.

CANO HEALTH, LLC,

    Defendant.
_____/

## AGREED MOTION FOR EXTENSION OF TIME
## TO COMPLY WITH THE COURT'S ORDER(S)

Plaintiff, Misael Ortega Casanova, through his undersigned counsel and pursuant to Fed. R. Civ. P. 12, Local Rule 3.01, and other applicable Rules and laws, requests the Court to extend the time for the parties to comply with the Orders entered on May 19, 2025, and June 3, 2025 [DE 11, 19] based upon the agreement of the parties and the following good cause:

    1.    The parties in this FLSA case requested that the Court conduct a Case Management Conference, which occurred on June 3, 2025. [DE 10, 11.]

    2.    The Plaintiff requested that the Court extend the deadline for the parties to consent to the IDEAL Program or file a Case Management Report due to his counsel's absence from the jurisdiction (country) from July 4-19, 2025.

    3.    Upon returning, the parties have discussed the pending issue with their counsel and actively engaged in settlement discussions (which continue).

4.  The parties request <u>another two days (through June 26, 2025)</u> to comply with the Court's Order to consent to the IDEAL Program or file a Case Management Report.

5.  Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

6.  It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

7.  Accordingly, Plaintiff respectfully requests the Court to grant the parties an extension of time through June 26, 2025, to file the to consent to the IDEAL Program or file a Case Management Report due to the agreement of the parties and the good cause identified above.

WHEREFORE, Plaintiff, Misael Ortega Casanova, respectfully requests the Court to grant the Extension of Time requested above.

Respectfully submitted this 24th day of June 2025,

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
