**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO.: 8:25-cv-00952-KKM-LSG**

**MISAEL ORTEGA CASANOVA,**

    **Plaintiff,**

v.

**CANO HEALTH, LLC,**

    **Defendant.**

_____/

**STIPULATED CONSENT TO IDEAL PROGRAM**
**AND TO MAGISTRATE JUDGE AUTHORITY**

Plaintiff Misael Ortega Casanova and Defendant Cano Health, LLC stipulate and consent to submission of this case to the IDEAL Program, to be bound by the Policies of the Program, with the exception that the parties do not agree to fee-shifting that alters the FLSA, and have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

Dated: June 26, 2025                                    Respectfully submitted,

By: _*/s/Brian H. Pollock*_                    By: _*/s/Megan L. Janes*_
    Brian H. Pollock                                        Megan L. Janes
    Fla. Bar No. 174742                                  Fla. Bar No. 99009
    brian@fairlawattorney.com                     mjanes@fisherphillips.com
    Fairlaw Firm                                              Fisher & Phillips LLP
    135 San Lorenzo Avenue                          201 East Las Olas Boulevard
    Suite 770                                                    Suite 1700
    Coral Gables, Florida 33146                     Fort Lauderdale, Florida 33301
    Telephone (305) 230-4884                         Telephone (954) 525-4800
    *Counsel for Plaintiff*                                    *Counsel for Defendant*

FP 55403222.1