UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:25-cv-00952-KKM-LSG

MISAEL ORTEGA CASANOVA,

    Plaintiff,

v.

CANO HEALTH, LLC

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Misael Ortega Casanova and Defendant Cano Health, LLC, are writing to notify the Court that the parties have reached a resolution and are in the process of formalizing the settlement with the necessary paperwork. The parties expect to file a joint motion for approval of their settlement of this FLSA matter within fourteen (14) days and ask that all future deadlines be stayed to avoid the otherwise unnecessary expenditure of time, effort, or expense by the Court or the parties.

Date:  July 3, 2025                                         Respectfully submitted,

By:   /s/ Brian H. Pollock                                  By:   /s/ Megan L. Janes
    Brian H. Pollock                                       Megan L. Janes
    Fla. Bar No. 174742                                    Fla. Bar No. 99009
    brian@fairlawattorney.com                              mjanes@fisherphillips.com
    Fairlaw Firm                                           FISHER & PHILLIPS LLP
    135 San Lorenzo Avenue                                 201 East Las Olas Boulevard
    Suite 770                                              Suite 1700
    Coral Gables, Florida 33146                            Fort Lauderdale, Florida 33301
    Telephone (305) 230-4884                               Phone: (954) 525-4800
    *Attorneys for Plaintiff*                              *Attorneys for Defendant*