UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

MISAEL ORTEGA CASANOVA,

        CASE NO.: 8:25-CV-00952-KKM-LSG

    Plaintiff,

v.

CANO HEALTH, LLC,

    Defendant.

_____/

### NOTICE OF TYPOGRAPHICAL ERROR IN ATTORNEY ADDRESS AND CONFIRMATION OF CURRENT CONTACT INFORMATION

Plaintiff, MISAEL ORTEGA CASANOVA, by and through undersigned counsel, Brian H. Pollock, hereby files this Notice to inform the Court of a typographical error in the address listed for Plaintiff's counsel in a recently filed document and to confirm the correct contact information in compliance with Local Rule 2.01(b)(2)(B) as referenced in ECF No. 26.

1. On July 15, 2025, the "JOINT MOTION TO APPROVE SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed at ECF No. 25.

2. Within ECF No. 25, specifically on page 7, the street address for Plaintiff's counsel, Brian H. Pollock, was inadvertently listed as "125 San Lorenzo Avenue".

3. The correct and current mailing address for Plaintiff's counsel, Brian H. Pollock, is: **135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146**

4. This Notice also serves to confirm that Plaintiff's counsel maintains a current telephone number and email address with the Clerk of Court, and the contact information in PACER has been verified and updated as necessary, in accordance with Local Rule 2.01(b)(2)(B) and the Notice to Counsel [ECF No. 26].

WHEREFORE, Plaintiff respectfully requests that the Court note the correct address for Plaintiff's counsel as 135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146.

Dated this 16th day of July 2025.

        s/ Brian H. Pollock
        Brian H. Pollock, Esq. (174742)
        brian@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Avenue, Suite 770
        Coral Gables, Florida 33146
        Telephone: (305) 230-4884

*Counsel for Plaintiff*